# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



SEALED

UNITED STATES OF AMERICA,
*ex rel.*
DOLOS ANALYTICS, LLC, a
Delaware limited liability company,

       Plaintiff,

vs.

M2-NEWSLINK OF DFW, LLC, a
Florida limited liability company;
NEWSLINK MANAGEMENT GROUP,
LLC, a Florida limited liability company;
NEWSLINK OF BOSTON, LLC, a
Florida limited liability company;
NEWSLINK OF MIAMI AIR
VENTURES, LLC, a Florida limited
liability company; NEWSLINK OF
MIAMI, LLC, a Florida limited liability
company; NEWSLINK OF NASHVILLE,
LLC, a Florida limited liability company;
and NEWSLINK OF TAMPA, LLC, a
Florida limited liability company;

       Defendants.

_____/

Case No.:

FILED BY_____ D.C.

SEP 06 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## *QUI TAM* COMPLAINT

    Plaintiff, the United States of America ("United States"), *ex rel.* Dolos Analytics, LLC, a

Delaware limited liability company ("Relator"), through its undersigned counsel, hereby files this

*qui tam* Complaint against Defendants, M2-Newslink of DFW, LLC, a Florida limited liability

company ("M2-Newslink"), Newslink Management Group, LLC, a Florida limited liability

company ("Newslink Management"), Newslink of Boston, LLC, a Florida limited liability

company ("Newslink Boston), Newslink of Miami Air Ventures, LLC, a Florida limited liability

company ("Newslink Miami Air Ventures"), Newslink of Miami, LLC, a Florida limited liability

company ("Newslink Miami"), Newslink of Nashville, LLC, a Florida limited liability company ("NewsLink Nashville"), and Newslink of Tampa, LLC, a Florida limited liability company ("Newslink Tampa"), (collectively "Defendants"), and in support thereof states as follows:

**INTRODUCTION**

1.      This *qui tam* action alleges violations of the Federal False Claims Act ("FCA"), 31 U.S.C. § 3729, *et seq*. ("FCA") arising from Defendants' fraudulent misrepresentations presented to the United States Small Business Administration ("SBA") and lenders acting on the SBA's behalf, in their applications to obtain and have forgiven millions of dollars in loans under the Paycheck Protection Program.

2.      Defendants are part of the Florida based NewsLink Group of airport concessionaires. Defendants have over 60 years of experience, serve seven airports, have over 500 employees, and generate millions of dollars in annual revenue.

3.      Defendants deceived the SBA into lending them and forgiving millions of dollars by knowingly misrepresenting their number of employees combined with their affiliates to con the SBA into accepting their eligibility for loans under the applicable SBA small businesses standards.

4.      Through their knowing misrepresentations the Defendants defrauded the United States of over one and a half million dollars in PPP loans that they were not eligible to receive and later applied and had them forgiven.

**JURISDICTION AND VENUE**

5.      This Court has subject matter jurisdiction over this *qui tam* action brought under the FCA, 31 U.S.C. §§ 3279, *et seq*., pursuant to 28 U.S.C. §§1331 and 1345, and 31 U.S.C. §§ 3732(a) and 3730(b).

6.     Relator is an "original source" and otherwise authorized to maintain this action in the name of the United States and as contemplated by the FCA, 31 U.S.C. §§ 3729-33. Relator has or will make all the necessary voluntary disclosures to the United States and filed all documents necessary with the United States as required by 31 U.S.C. § 3730(b)(2).

7.     There has been no public disclosure of the "allegations or transactions" in this Complaint under Section 3730(e) of the FCA. The specific facts, circumstances, and allegations of Defendants' violations of the FCA have not been publicly disclosed in a civil suit or administrative civil money penalty proceeding in which the United States is already a party. Moreover, Relator is an "original source" of the allegations in this Complaint under 31 U.S.C. § 3730(e) of the FCA, even had such a public disclosure occurred.

8.     The Court has personal jurisdiction over Defendants because 31 U.S.C. § 3732(a) authorizes nationwide service of process, and because Defendants have minimum contacts with the United States, can be found in, and transact or have transacted business in the Southern District of Florida. Further, the acts proscribed by 31 U.S.C. § 3729(a) and described in this Complaint occurred in the Southern District of Florida and elsewhere in the United States.

9.     The Defendants are affiliated entities that do business in the Southern District of Florida and throughout the United States and that either directly or through their affiliates made or caused to be made false statements to the SBA to obtain and have forgiven over millions of dollars in PPP loans, and accordingly, are subject to the jurisdiction of this Court.

10.     Venue lies under 28 U.S.C. § 1391(b), (c) and 31 U.S.C. § 3732(a) because the Southern District of Florida is a district in which Defendants can be found or transact business, and an act proscribed by 31 U.S.C. § 3729 occurred within this district.

## PARTIES

11.     Plaintiff/Relator, Dolos Analytics, LLC, a Delaware limited liability company, brings this action on behalf of the United States, the real party in interest. Relator is a team of data analytics professionals specialized in gathering data from public and private sources and developing models to identify suspicious activity in such data sets. As it pertains to this matter, Relator gathered data related to all applicants of the SBA's Paycheck Protection Program from public and private sources and designed analytical models that identified suspicious activity related to the applicants' data. Thereafter, Relator's professional team manually reviewed the suspicious activity and identified various fraudulent statements made by Defendants to the SBA as set forth herein. Relator has direct and independent knowledge of the factual allegations contained in this *qui tam* Complaint and brings this action as an "original source," as that term is defined by the FCA.

12.     Defendant M2-Newslink of DFW, LLC, is a Florida limited liability company with its principal place of business located at 6910 NW 12th Street, Miami, FL 33126. M2-Newslink transacts business and has extensive business contacts within Miami-Dade County, Florida. At all times material hereto, M2-Newslink directly or indirectly through its subsidiaries and affiliates knowingly misrepresented that it was an eligible small business in its SBA PPP loan application to qualify for, receive, and ultimately have forgiven over eighty thousand dollars in PPP loans.

13.     Defendant Newslink Management Group, LLC, is a Florida limited liability company with its principal place of business located at 6910 NW 12th Street, Miami, FL 33126. Newslink Management transacts business and has extensive business contacts within Miami-Dade County, Florida. At all times material hereto, Newslink Management directly or indirectly through its subsidiaries and affiliates knowingly misrepresented that it was an eligible small business in its

SBA PPP loan application to qualify for, receive, and ultimately have forgiven over seven hundred thousand dollars in PPP loans.

14.     Defendant Newslink of Boston, LLC, is a Florida limited liability company with its principal place of business located at 6910 NW 12th Street, Miami, FL 33126. Newslink Boston transacts business and has extensive business contacts within Miami-Dade County, Florida. At all times material hereto, Newslink Boston directly or indirectly through its subsidiaries and affiliates knowingly misrepresented that it was an eligible small business in its SBA PPP loan application to qualify for, receive, and ultimately have forgiven over five hundred thousand dollars in PPP loans.

15.     Defendant Newslink of Miami Air Ventures, LLC, is a Florida limited liability company with its principal place of business located at 6910 NW 12th Street, Miami, FL 33126. Newslink Miami Air Ventures transacts business and has extensive business contacts within Miami-Dade County, Florida. At all times material hereto, Newslink Miami Air Ventures directly or indirectly through its subsidiaries and affiliates knowingly misrepresented that it was an eligible small business in its SBA PPP loan application to qualify for, receive, and ultimately have forgiven over three hundred thousand dollars in PPP loans.

16.     Defendant Newslink of Miami, LLC, is a Florida limited liability company with its principal place of business located at 6910 NW 12th Street, Miami, FL 33126. Newslink Miami transacts business and has extensive business contacts within Miami-Dade County, Florida. At all times material hereto, Newslink Miami directly or indirectly through its subsidiaries and affiliates knowingly misrepresented that it was an eligible small business in its SBA PPP loan application to qualify for, receive, and ultimately have forgiven over one million dollars in PPP loans.

17.     Defendant Newslink of Nashville, LLC, is a Florida limited liability company with its principal place of business located at 6910 NW 12th Street, Miami, FL 33126. Newslink Nashville transacts business and has extensive business contacts within Miami-Dade County, Florida. At all times material hereto, Newslink Nashville directly or indirectly through its subsidiaries and affiliates knowingly misrepresented that it was an eligible small business in its SBA PPP loan application to qualify for over twenty thousand dollars in PPP loans.

18.     Defendant Newslink of Tampa, LLC, is a Florida limited liability company with its principal place of business located at 6910 NW 12th Street, Miami, FL 33126. Newslink Tampa transacts business and has extensive business contacts within Miami-Dade County, Florida. At all times material hereto, Newslink Tampa directly or indirectly through its subsidiaries and affiliates knowingly misrepresented that it was an eligible small business in its SBA PPP loan application to qualify for, receive, and ultimately have forgiven over six hundred thousand dollars in PPP loans.

## FACTUAL ALLEGATIONS

### I.     The Paycheck Protection Program

19.     On March 27, 2020, Congress enacted the Paycheck Protection Program ("PPP") as part of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") in response to the COVID-19 crisis. Under the PPP, the SBA lent, guaranteed, and ultimately forgave hundreds of billions of dollars to businesses and other organizations.

20.     The PPP enabled borrowers to rapidly obtain low-interest loans from private lenders to pay employees and certain expenses to alleviate the unprecedented challenges presented by the COVID-19 crisis.

21.     Pursuant to Section 1102 of the CARES Act, the SBA guaranteed 100% of the PPP loans to incentivize private lenders across the country to participate in making such loans expeditiously.

22.     Section 1106 of the CARES Act made the loans eligible for partial or full forgiveness subject to the borrower's certification that the funds were used within a specific period to maintain payroll, make rent or mortgage payments, and pay other specified business expenses.

23.     To qualify for a first draw PPP loan, the borrower had to acknowledge the PPP program rules and make certain affirmative certifications to be eligible to obtain a PPP loan.

**II.     The PPP First Draw Application Process**

24.     To expedite the distribution of funds to borrowers, the SBA authorized lenders to rely on the borrowers' certifications regarding their eligibility for the loan, loan amount, use of funds, supporting documentation, and eligibility for loan forgiveness.

25.     The SBA delegated authority to private lenders to underwrite and approve the PPP loans. To obtain a PPP first draw loan, an eligible business had to complete and submit a PPP first draw loan application compliant with SBA Form 2483 online through its private lender's platform. The PPP first draw loan application required the borrower to certify its eligibility to obtain the PPP loan, including, *inter alia*, that the borrower, combined with its affiliates, had, i.) 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates (if applicable), or iii.) met the SBA's alternative size standard.

    a.  The SBA's industry size standards are generally stated in number of employees or average annual receipts, represents the largest size that a business (including its

subsidiaries and affiliates) may be to remain classified as a small business for SBA programs.[1]

    b.  The SBA's alternative size standard provides that a business can qualify for a PPP loan as a small business if as of March 27, 2020, it (1) had a maximum tangible net worth of not more than $15 million, and (2) had an average net income after Federal income taxes (excluding any carry-over losses) of not more than $5 million for the last two fiscal years before the date of the application.

26.    Once the borrower submitted its PPP first draw loan application to a private lender, the lender processed the PPP first draw loan application. If the lender approved the borrower's application, the lender submitted its own application compliant with SBA Form 2484 to the SBA certifying that the borrower certified its eligibility to receive a PPP first draw loan. Upon receipt of the lender's application the SBA approved and guaranteed the loan and assigned it a loan number.

27.    Upon receipt of the SBA's guarantee, the lender disbursed the loan to the borrower using its own funds and notified the SBA that the loan was disbursed. Upon receipt of that notification, SBA paid the lender a processing fee.

### III.    The PPP Second Draw Application Process

28.    On December 21, 2020, Congress approved additional funds to replenish the PPP and allow Borrowers to apply for second draw loans. As with the PPP first draw loans, Borrowers were able to rapidly obtain low-interest forgivable loans from private lenders to pay for specified business expenses.

---

[1] SBA Table of Small Business Size Standards (available at: https://data.sba.gov/dataset/c17e8870-fa85-48a4-8887-9a51b7503711/resource/d89a5f17-ab8e-4698-9031-dfeb34d0a773/download/sba-table-of-size-standards_effective-august-19-2019_v0.xlsx).

29.     Congress modified certain eligibility requirements for the PPP second draw loans. Specifically relevant here, to qualify for a PPP second draw loan, the borrower, combined with its affiliates, must, *inter alia*, have 300 or fewer employees, save for limited exceptions not applicable here.

30.     As with the first draw loans, the SBA delegated authority to private lenders to underwrite and approve the PPP second draw loans. Borrowers had to complete and submit a PPP second draw loan application compliant with SBA Form 2483-SD online through its private lender's platform. The PPP loan application required the business to acknowledge the PPP program rules and certify its eligibility to obtain the PPP loan, including, amongst other things, that it had 300 or fewer employees.

31.     Once the Borrower submitted its PPP second draw loan application to a private lender, the lender processed the application and if approved, the lender submitted its own application compliant with SBA Form 2484-SD to the SBA certifying that the borrower certified its eligibility to receive a PPP second draw loan. Upon receipt of the lender's application the SBA approved and guaranteed the loan and assigned it a loan number.

32.     Upon receipt of the SBA's guarantee, the lender disbursed the loan to the borrower using its own funds and notified SBA that the loan was fully disbursed. Upon receipt of that notification, SBA paid the lender a processing fee. applying for a guarantee on the loan.

## IV.     The PPP Loan Forgiveness Application

33.     Borrowers were eligible to apply for forgiveness of the funds borrowed and spent on specified business expenses during the eight to twenty-four week covered period following each loan disbursement.

34.     Borrowers could apply for loan forgiveness at any time before the loan's maturity date by completing and submitting SBA Form 3508, or one of its variations depending on

circumstances. Pursuant to SBA Form 3508, borrowers were required to certify that they were eligible for loan forgiveness. Once the SBA approved the forgiveness application, or a portion thereof, it would remit the forgiveness amount to the lender and the borrower would be released from its obligations under the loan.

## V. M2-Newslink's First and Second Fraudulent PPP Loan Applications and Forgiveness Applications

35. M2-Newslink submitted a PPP loan application compliant with SBA Form 2483 to FirstBank Puerto Rico falsely certifying its eligibility to receive a PPP loan. M2-Newslink certified that it had 13 employees and falsely certified that combined with its affiliates, it i.) had 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates, or iii.) met the SBA's alternative size standard.

36. FirstBank Puerto Rico processed and approved M2-Newlink's PPP application in the amount of $59,222.00. Relying on M2-Newslink's certifications, FirstBank Puerto Rico submitted a PPP loan application compliant with SBA Form 2484 to the SBA certifying that M2-Newslink had certified that it was eligible to receive said PPP loan.

37. On or about April 27, 2020, and relying on M2-Newslink's false certification, the SBA approved and guaranteed the PPP loan and issued it loan number 6098917208. FirstBank Puerto Rico then disbursed the PPP loan to M2-Newslink and notified the SBA of such disbursement, at which point the SBA paid the bank a processing fee.

38. M2-Newslink submitted a PPP second draw loan application compliant with SBA Form 2483-SD to City National Bank of Florida falsely certifying its eligibility to receive a PPP loan. M2-Newslink certified that it had 6 employees. M2-Newslink falsely certified that combined with its affiliates, it had 300 or fewer employees.

39.     City National Bank of Florida processed and approved M2-Newslink's PPP second draw application in the amount of $28,337.85. Relying on M2-Newslink's certifications, City National Bank of Florida submitted a PPP loan application compliant with SBA Form 2484-SD to the SBA certifying that M2-Newslink had certified that it was eligible to receive said PPP loan.

40.     On or about February 24, 2021, and relying on M2-Newslink's false certification, the SBA approved and guaranteed the PPP loan and issued M2-Newslink's loan number 3662488509. City National Bank of Florida disbursed the PPP loan to M2-Newslink and notified the SBA of such disbursement, at which point the SBA paid City National Bank of Florida a processing fee.

41.     M2-Newslink applied for forgiveness of its PPP loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about September 25, 2021, M2-Newslink's PPP loan, plus accrued interest, was forgiven in the amount of $59,990.24.

42.     M2-Newslink applied for forgiveness of its PPP second draw loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about July 14, 2022, M2 Newslink's PPP loan, plus accrued interest, was forgiven in the amount of $28,710.43.

## VI.     Newslink Management's First and Second Fraudulent PPP Loan Applications and Forgiveness Applications

43.     Newslink Management submitted a PPP loan application compliant with SBA Form 2483 to FirstBank Puerto Rico falsely certifying its eligibility to receive a PPP loan. Newslink Management certified that it had 205 employees and falsely certified that combined with its affiliates, it i.) had 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates, or iii.) met the SBA's alternative size standard.

44.     FirstBank Puerto Rico processed and approved Newslink Management's PPP application in the amount of $379,747.00. Relying on Newslink Management's certifications,

FirstBank Puerto Rico submitted a PPP loan application compliant with SBA Form 2484 to the SBA certifying that Newslink Management had certified that it was eligible to receive said PPP loan.

45.     On or about April 11, 2020, and relying on Newslink Management's false certifications, the SBA approved and guaranteed the PPP loan and issued it loan number 2783557109. FirstBank Puerto Rico then disbursed the PPP loan to Newslink Management and notified the SBA of such disbursement, at which point the SBA paid the bank a processing fee.

46.     Newslink Management submitted a PPP second draw loan application compliant with SBA Form 2483-SD to City National Bank of Florida falsely certifying its eligibility to receive a PPP loan. Newslink Management certified that it had 11 employees. Newslink Management falsely certified that combined with its affiliates, it had 300 or fewer employees.

47.     City National Bank of Florida processed and approved Newslink Management's PPP second draw application in the amount of $329,397.53. Relying on Newslink Management's certifications, City National Bank of Florida submitted a PPP loan application compliant with SBA Form 2484-SD to the SBA certifying that Newslink Management had certified that it was eligible to receive said PPP loan.

48.     On or about February 26, 2021, and relying on Newslink Management's false certifications, the SBA approved and guaranteed the PPP loan and issued Newslink Management's loan number 4912688508. City National Bank of Florida disbursed the PPP loan to Newslink Management and notified the SBA of such disbursement, at which point the SBA paid City National Bank of Florida a processing fee.

49.     Newslink Management applied for forgiveness of its PPP loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about September 24, 2021, Newslink Management's PPP loan, plus accrued interest, was forgiven in the amount of $360,939.33.

50.     Newslink Management applied for forgiveness of its PPP second draw loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about August 23, 2021, Newslink Management's PPP loan, plus accrued interest, was forgiven in the amount of $360,939.33.

## VII.    Newslink Boston's First and Second Fraudulent PPP Loan Applications and Forgiveness Applications

51.     Newslink Boston submitted a PPP loan application compliant with SBA Form 2483 to FirstBank of Puerto Rico falsely certifying its eligibility to receive a PPP loan. Newslink Boston certified that it had 80 employees and falsely certified that combined with its affiliates, it i.) had 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates, or iii.) met the SBA's alternative size standard.

52.     FirstBank Puerto Rico processed and approved Newslink Boston's PPP application in the amount of $528,792.00. Relying on Newslink Boston's certifications, FirstBank of Puerto Rico submitted a PPP loan application compliant with SBA Form 2484 to the SBA certifying that Newslink Boston had certified that it was eligible to receive said PPP loan.

53.     On or about April 11, 2020, and relying on Newslink Boston's false certification, the SBA approved and guaranteed the PPP loan and issued it loan number 2788007107. FirstBank of Puerto Rico then disbursed the PPP loan to Newslink Boston and notified the SBA of such disbursement, at which point the SBA paid the bank a processing fee.

54.     Newslink Boston submitted a PPP second draw loan application compliant with SBA Form 2483-SD to City National Bank of Florida falsely certifying its eligibility to receive a

PPP loan. Newslink Boston certified that it had 28 employees. Newslink Boston falsely certified that combined with its affiliates, it had 300 or fewer employees.

55.     City National Bank of Florida processed and approved NewsLink Boston's PPP second draw application in the amount of $492,878.35. Relying on Newslink Boston's certifications, City National Bank of Florida submitted a PPP loan application compliant with SBA Form 2484-SD to the SBA certifying that Newslink Boston had certified that it was eligible to receive said PPP loan.

56.     On or about March 8, 2021, and relying on Newslink Boston's false certification, the SBA approved and guaranteed the PPP loan and issued Newslink Boston's loan number 7986628508. City National Bank of Florida disbursed the PPP loan to Newslink Boston and notified the SBA of such disbursement, at which point the SBA paid City National Bank of Florida a processing fee.

57.     Newslink Boston applied for forgiveness of its PPP loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about August 23, 2021, Newslink Boston's PPP loan, plus accrued interest, was forgiven in the amount of $98,191.80.

58.     Newslink Boston applied for forgiveness of its PPP second draw loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about August 11, 2022, Newslink Boston's PPP loan, plus accrued interest, was forgiven in the amount of $447,586.84.

## VIII.   Newslink Miami Air Ventures' First and Second Fraudulent PPP Loan Applications and Forgiveness Applications

59.     Newslink Miami Air Ventures submitted a PPP loan application compliant with SBA Form 2483 to FirstBank Puerto Rico falsely certifying its eligibility to receive a PPP loan. Newslink Miami Air Ventures certified that it had 76 employees and falsely certified that

combined with its affiliates, it i.) had 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates, or iii.) met the SBA's alternative size standard.

60.    FirstBank Puerto Rico processed and approved Newslink Miami Air Ventures' PPP application in the amount of $435,972.00. Relying on Newslink Miami Air Ventures' certifications, FirstBank Puerto Rico submitted a PPP loan application compliant with SBA Form 2484 to the SBA certifying that Newslink Miami Air Ventures had certified that it was eligible to receive said PPP loan.

61.    On or about April 11, 2020, and relying on Newslink Miami Air Ventures' false certification, the SBA approved and guaranteed the PPP loan and issued it loan number 2790967101. FirstBank of Puerto Rico then disbursed the PPP loan to Newslink Miami Air Ventures and notified the SBA of such disbursement, at which point the SBA paid the bank a processing fee.

62.    Newslink Miami Air Ventures submitted a PPP second draw loan application compliant with SBA Form 2483-SD to City National Bank of Florida falsely certifying its eligibility to receive a PPP loan. Newslink Miami Air Ventures certified that it had 37 employees. Newslink Miami Air Ventures falsely certified that combined with its affiliates, it had 300 or fewer employees.

63.    City National Bank of Florida processed and approved Newslink Miami Air Ventures' PPP second draw application in the amount of $403,177.00. Relying on Newslink Miami Air Ventures' certifications, City National Bank of Florida submitted a PPP loan application compliant with SBA Form 2484-SD to the SBA certifying that Newslink Miami Air Ventures had certified that it was eligible to receive said PPP loan.

64. On or about May 18, 2021, and relying on Newslink Miami Air Ventures' false certification, the SBA approved and guaranteed the PPP loan and issued Newslink Miami Air Ventures' loan number 3578199008. City National Bank of Florida disbursed the PPP loan to Newslink Miami Air Ventures and notified the SBA of such disbursement, at which point the SBA paid City National Bank of Florida a processing fee.

65. Newslink Miami Air Ventures applied for forgiveness of its PPP loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about August 23, 2021, Newslink Miami Air Ventures' PPP loan, plus accrued interest, was forgiven in the amount of $14,292.93.

66. Newslink Miami Air Ventures applied for forgiveness of its PPP second draw loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about October 20, 2022, Newslink Miami Air Ventures' PPP loan, plus accrued interest, was forgiven in the amount of $304,343.48.

IX. **Newslink Miami's First and Second Fraudulent PPP Loan Applications and Forgiveness Applications**

67. Newslink Miami submitted a PPP loan application compliant with SBA Form 2483 to FirstBank Puerto Rico falsely certifying its eligibility to receive a PPP loan. Newslink Miami certified that it had 195 employees and falsely certified that combined with its affiliates, it i.) had 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates, or iii.) met the SBA's alternative size standard.

68. FirstBank Puerto Rico processed and approved Newslink Miami's PPP application in the amount of $1,160,337.00. Relying on Newslink Miami's certifications, FirstBank Puerto Rico submitted a PPP loan application compliant with SBA Form 2484 to the SBA certifying that Newslink Miami had certified that it was eligible to receive said PPP loan.

69.     On or about April 11, 2020, and relying on Newslink Miami's false certification, the SBA approved and guaranteed the PPP loan and issued it loan number 2786207104. FirstBank of Puerto Rico then disbursed the PPP loan to Newslink Miami and notified the SBA of such disbursement, at which point the SBA paid the bank a processing fee.

70.     Newslink Miami submitted a PPP second draw loan application compliant with SBA Form 2483-SD to City National Bank of Florida falsely certifying its eligibility to receive a PPP loan. Newslink Miami certified that it had 55 employees. Newslink Miami falsely certified that combined with its affiliates, it had 300 or fewer employees.

71.     City National Bank of Florida processed and approved NewsLink Miami's PPP second draw application in the amount of $1,079,876.63. Relying on Newslink Miami's certifications, City National Bank of Florida submitted a PPP loan application compliant with SBA Form 2484-SD to the SBA certifying that Newslink Miami had certified that it was eligible to receive said PPP loan.

72.     On or about February 27, 2021, and relying on Newslink Miami's false certification, the SBA approved and guaranteed the PPP loan and issued Newslink Miami's loan number 5148068508. City National Bank of Florida disbursed the PPP loan to Newslink Miami and notified the SBA of such disbursement, at which point the SBA paid City National Bank of Florida a processing fee.

73.     Newslink Miami applied for forgiveness of its PPP loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about August 23, 2021, Newslink Miami's PPP loan, plus accrued interest, was forgiven in the amount of $206,965.87.

74.     Newslink Miami applied for forgiveness of its PPP second draw loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about July 8, 2022, Newslink Miami's PPP loan, plus accrued interest, was forgiven in the amount of $1,094,047.52.

## X.     Newslink Nashville's Fraudulent PPP Loan Application and Forgiveness Application

75.     Newslink Nashville submitted a PPP loan application compliant with SBA Form 2483 to FirstBank Puerto Rico falsely certifying its eligibility to receive a PPP loan. Newslink Nashville certified that it had 7 employees and falsely certified that combined with its affiliates, it i.) had 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates, or iii.) met the SBA's alternative size standard.

76.     FirstBank Puerto Rico processed and approved Newslink Nashville's PPP application in the amount of $29,152.00. Relying on Newslink Nashville's certifications, FirstBank Puerto Rico submitted a PPP loan application compliant with SBA Form 2484 to the SBA certifying that Newslink Nashville had certified that it was eligible to receive said PPP loan.

77.     On or about April 28, 2020, and relying on Newslink Nashville's false certification, the SBA approved and guaranteed the PPP loan and issued it loan number 7344677209. FirstBank of Puerto Rico then disbursed the PPP loan to Newslink Nashville and notified the SBA of such disbursement, at which point the SBA paid the bank a processing fee.

78.     Newslink Nashville applied for forgiveness of its PPP loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. Upon information and belief, Newslink Nashville's PPP loan was forgiven on or before November 2021.

## XI.     Newslink Tampa's First and Second Fraudulent PPP Loan Applications and Forgiveness Applications

79.     Newslink Tampa submitted a PPP loan application compliant with SBA Form 2483 to FirstBank Puerto Rico falsely certifying its eligibility to receive a PPP loan. Newslink

Tampa certified that it had 78 employees and falsely certified that combined with its affiliates, it i.) had 500 or fewer employees; ii.) met the SBA's industry size standards for the industry in which it operates, or iii.) met the SBA's alternative size standard.

80.     FirstBank Puerto Rico processed and approved Newslink Tampa's PPP application in the amount of $475,532.50. Relying on Newslink Tampa's certifications, FirstBank Puerto Rico submitted a PPP loan application compliant with SBA Form 2484 to the SBA certifying that Newslink Tampa had certified that it was eligible to receive said PPP loan.

81.     On or about April 11, 2020, and relying on Newslink Tampa's false certification, the SBA approved and guaranteed the PPP loan and issued it loan number 2862807110. FirstBank of Puerto Rico then disbursed the PPP loan to Newslink Tampa and notified the SBA of such disbursement, at which point the SBA paid the bank a processing fee.

82.     Newslink Tampa submitted a PPP second draw loan application compliant with SBA Form 2483-SD to City National Bank of Florida falsely certifying its eligibility to receive a PPP loan. Newslink Tampa certified that it had 28 employees. Newslink Tampa falsely certified that combined with its affiliates, it had 300 or fewer employees.

83.     City National Bank of Florida processed and approved Newslink Tampa's PPP second draw application in the amount of $442,638.32. Relying on Newslink Tampa's certifications, City National Bank of Florida submitted a PPP loan application compliant with SBA Form 2484-SD to the SBA certifying that Newslink Tampa had certified that it was eligible to receive said PPP loan.

84.     On or about May 18, 2021, and relying on Newslink Tampa's false certification, the SBA approved and guaranteed the PPP loan and issued Newslink Tampa's loan number 3584119002. City National Bank of Florida disbursed the PPP loan to Newslink Tampa and

notified the SBA of such disbursement, at which point the SBA paid City National Bank of Florida a processing fee.

85.     Newslink Tampa applied for forgiveness of its PPP loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about August 23, 2021, Newslink Tampa's PPP loan, plus accrued interest, was forgiven in the amount of $183,611.81.

86.     Newslink Tampa applied for forgiveness of its PPP second draw loan by submitting, or causing to be submitted, SBA Form 3508 to the SBA. On or about July 8, 2022, Newslink Tampa's PPP loan, plus accrued interest, was forgiven in the amount of $447,488.83.

## XII.   The Defendants are not Qualified Small Businesses

87.     To be eligible small businesses to receive PPP loans, Defendants along with all of its affiliates, had to:

    a.   have 500 or fewer employees;

    b.   have $8,000,000.00 or less in total annual receipts pursuant to its SBA's industry size standard; or

    c.   meet the SBA's alternative size standard by having a maximum tangible net worth of not more than $15 million, and an average net income after Federal income taxes of not more than $5 million.

88.     Defendants and their affiliated entities employ more than 500 employees, generate well over $8,000,000.00 in annual revenue, and have a tangible net worth in excess of $15,000,000.00 and an average net income of more than $5,000,000.00.

89.     Defendants are affiliated entities and the employee headcount that they each disclosed on their PPP application, without accounting for their other affiliated entities, amounts to 654 employees.

90.     M2-Newslink was not eligible to receive or have forgiven a PPP loan because combined with its affiliates it has more than 500 employees, exceeds the SBA's industry size standards for the industry in which it operates, and exceeds the SBA's alternative size standard.

91.     Newslink Management was not eligible to receive or have forgiven a PPP loan because combined with its affiliates it has more than 500 employees, exceeds the SBA's industry size standards for the industry in which it operates, and exceeds the SBA's alternative size standard.

92.     Newslink Boston was not eligible to receive or have forgiven a PPP loan because combined with its affiliates it has more than 500 employees, exceeds the SBA's industry size standards for the industry in which it operates, and exceeds the SBA's alternative size standard.

93.     Newslink Miami Air Ventures was not eligible to receive or have forgiven a PPP loan because combined with its affiliates it has more than 500 employees, exceeds the SBA's industry size standards for the industry in which it operates, and exceeds the SBA's alternative size standard.

94.     Newslink Miami was not eligible to receive or have forgiven a PPP loan because combined with its affiliates it has more than 500 employees, exceeds the SBA's industry size standards for the industry in which it operates, and exceeds the SBA's alternative size standard.

95.     Newslink Nashville was not eligible to receive or have forgiven a PPP loan because combined with its affiliates it has more than 500 employees, exceeds the SBA's industry size standards for the industry in which it operates, and exceeds the SBA's alternative size standard

96.     Newslink Tampa was not eligible to receive or have forgiven a PPP loan because combined with its affiliates it has more than 500 employees, exceeds the SBA's industry size standards for the industry in which it operates, and exceeds the SBA's alternative size standard.

### XIII.   <u>The False Claims Act</u>

97.     The False Claims Act, 31 U.S.C. §§ 3729–3733, is the primary tool with which the United States combats fraud against it. The Supreme Court has held that the False Claims Act's provisions must be construed broadly to reach "all types of fraud, without qualification, that might result in financial loss to the Government." *United States v. Neifert-White*, 390 U.S. 228, 232 (1968).

98.     The FCA provides that a person or entity that knowingly presents or causes to be presented a false or fraudulent claim for approval or makes or causes to be made a false or fraudulent claim that is material to a false or fraudulent claim is liable to the United States for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted, plus three times the amount of damages which the United States sustains due to the conduct. 31 U.S.C. § 3729(a); 28 C.F.R. § 85.5(a) (adjusting penalties assessed after January 30, 2023, to a minimum of $13,508 and maximum of $27,018).

99.     The terms "knowing" and "knowingly" are defined by the FCA to mean that, with respect to the subject false information, a person has actual knowledge of the falsity, acts in deliberate ignorance of the truth or falsity, or acts in reckless disregard of the truth or falsity, and proof of specific intent to defraud is not required. 31 U.S.C. § 3729(b).

100.    As defined in the FCA, the term "claim" means any request or demand for money or property that is presented or caused to be presented to the United States; or that is made to a contractor, grantee, or other recipient, if the money is to be spent or used on behalf of the United States or to advance a United States program or interest, so long as the United States provides or has provided any portion of the subject money or property or will reimburse such contractor, grantee, or other recipient for any portion of the subject money or property. *Id.*

101.   The term "material" is defined in the False Claims Act to mean having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property. *Id.*

## CAUSES OF ACTION

### Count I: False or Fraudulent Claims (31 U.S.C. § 3729(a)(1)(A))

### (M2-Newslink)

102.   Relator re-alleges and incorporates in this Count I, Paragraphs 1 through 101 of this *qui tam* Complaint.

103.   Defendant M2-Newslink knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(A), specifically, that M2-Newslink was eligible for a PPP loan and to have such PPP loan forgiven.

104.   Because of M2-Newslink's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### Count II: False Statements (31 U.S.C. § 3729(a)(1)(B))

### (M2-Newslink)

105.   Relator re-alleges and incorporates in this Count II, Paragraphs 1 through 101 of this *qui tam* Complaint.

106.   Defendant M2-Newslink knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, and/or to get the United States to pay or approve false or fraudulent claims, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(B).

107.    Because of M2-Newslink's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### Count III: Reverse False Claims (31 U.S.C. § 3729(a)(1)(G))

### (M2-Newslink)

108.    Relator re-alleges and incorporates in this Count III, Paragraphs 1 through 101 of this *qui tam* Complaint.

109.    Defendant M2-Newslink knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(G).

110.    Because of M2-Newslink's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### Count IV: False or Fraudulent Claims (31 U.S.C. § 3729(a)(1)(A))

### (Newslink Management)

111.    Relator re-alleges and incorporates in this Count IV, Paragraphs 1 through 101 of this *qui tam* Complaint.

112.    Defendant Newslink Management knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(A), specifically, that Newslink Management was eligible for a PPP loan and to have such PPP loan forgiven.

113. Because of Newslink Management's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## Count V: False Statements (31 U.S.C. § 3729(a)(1)(B))

### (Newslink Management)

114. Relator re-alleges and incorporates in this Count V, Paragraphs 1 through 101 of this *qui tam* Complaint.

115. Defendant Newslink Management knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, and/or to get the United States to pay or approve false or fraudulent claims, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(B).

116. Because of Newslink Management's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## Count VI: Reverse False Claims (31 U.S.C. § 3729(a)(1)(G))

### (Newslink Management)

117. Relator re-alleges and incorporates in this Count VI, Paragraphs 1 through 101 of this *qui tam* Complaint.

118. Defendant Newslink Management knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(G).

25

119.    Because of Newslink Management's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

**Count VII: False or Fraudulent Claims (31 U.S.C. § 3729(a)(1)(A))**

(Newslink Boston)

120.    Relator re-alleges and incorporates in this Count VII, Paragraphs 1 through 101 of this *qui tam* Complaint.

121.    Defendant Newslink Boston knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(A), specifically, that Newslink Boston was eligible for a PPP loan and to have such PPP loan forgiven.

122.    Because of Newslink Boston's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

**Count VIII: False Statements (31 U.S.C. § 3729(a)(1)(B))**

(Newslink Boston)

123.    Relator re-alleges and incorporates in this Count VIII, Paragraphs 1 through 101 of this *qui tam* Complaint.

124.    Defendant Newslink Boston knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, and/or to get the United States to pay or approve false or fraudulent claims, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(B).

125.     Because of Newslink Boston's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### Count IX: Reverse False Claims (31 U.S.C. § 3729(a)(1)(G))

### (Newslink Boston)

126.     Relator re-alleges and incorporates in this Count IX, Paragraphs 1 through 101 of this *qui tam* Complaint.

127.     Defendant Newslink Boston knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(G).

128.     Because of Newslink Boston's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### Count X:  False or Fraudulent Claims (31 U.S.C. § 3729(a)(1)(A))

### (Newslink Miami Air Ventures)

129.     Relator re-alleges and incorporates in this Count X, Paragraphs 1 through 101 of this *qui tam* Complaint.

130.     Defendant Newslink Miami Air Ventures knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(A), specifically, that Newslink Miami Air Ventures was eligible for a PPP loan and to have such PPP loan forgiven.

131.    Because of Newslink Miami Air Ventures' acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## Count XI: False Statements (31 U.S.C. § 3729(a)(1)(B))

### (Newslink Miami Air Ventures)

132.    Relator re-alleges and incorporates in this Count XI, Paragraphs 1 through 101 of this *qui tam* Complaint.

133.    Defendant Newslink Miami Air Ventures knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, and/or to get the United States to pay or approve false or fraudulent claims, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(B).

134.    Because of Newslink Miami Air Ventures' acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## XII: Reverse False Claims (31 U.S.C. § 3729(a)(1)(G))

### (Newslink Miami Air Ventures)

135.    Relator re-alleges and incorporates in this XII, Paragraphs 1 through 101 of this *qui tam* Complaint.

136.    Defendant Newslink Miami Air Ventures knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States, or knowingly concealed or knowingly and improperly avoided or

decreased an obligation to pay or transmit money or property to the United States, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(G).

137.    Because of Newslink Miami Air Ventures' acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### XIII: False or Fraudulent Claims (31 U.S.C. § 3729(a)(1)(A))

### (Newslink Miami)

138.    Relator re-alleges and incorporates in this Count XIII, Paragraphs 1 through 101 of this *qui tam* Complaint.

139.    Defendant Newslink Miami knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(A), specifically, that Newslink Miami was eligible for a PPP loan and to have such PPP loan forgiven.

140.    Because of Newslink Miami's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### XIV: False Statements (31 U.S.C. § 3729(a)(1)(B))

### (Newslink Miami)

141.    Relator re-alleges and incorporates in this Count XIV, Paragraphs 1 through 101 of this *qui tam* Complaint.

142.    Defendant Newslink Miami knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, and/or to get the United States to pay or approve false or fraudulent claims, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(B).

143.    Because of Newslink Miami's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### XV: Reverse False Claims (31 U.S.C. § 3729(a)(1)(G))

#### (Newslink Miami)

144.    Relator re-alleges and incorporates in this Count XV, Paragraphs 1 through 101 of this *qui tam* Complaint.

145.    Defendant Newslink Miami knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(G).

146.    Because of the Newslink Miami's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

### XVI: False or Fraudulent Claims (31 U.S.C. § 3729(a)(1)(A))

#### (Newslink Nashville)

147.    Relator re-alleges and incorporates in this Count XVI, Paragraphs 1 through 101 of this *qui tam* Complaint.

148.    Defendant Newslink Nashville knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(A), specifically, that Newslink Nashville was eligible for a PPP loan and to have such PPP loan forgiven.

149.    Because of Newslink Nashville's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## XVII: False Statements (31 U.S.C. § 3729(a)(1)(B))

(Newslink Nashville)

150.    Relator re-alleges and incorporates in this Count XVII, Paragraphs 1 through 101 of this *qui tam* Complaint.

151.    Defendant NewsLink Nashville knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, and/or to get the United States to pay or approve false or fraudulent claims, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(B).

152.    Because of NewsLink Nashville's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## XVIII: Reverse False Claims (31 U.S.C. § 3729(a)(1)(G))

(Newslink Nashville)

153.    Relator re-alleges and incorporates in this Count XVIII, Paragraphs 1 through 101 of this *qui tam* Complaint.

154.     Defendant Newslink Nashville knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(G).

155.     Because of the Newslink Nashville's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## XIX: False or Fraudulent Claims (31 U.S.C. § 3729(a)(1)(A))

### (Newslink Tampa)

156.     Relator re-alleges and incorporates in this Count XIX, Paragraphs 1 through 101 of this *qui tam* Complaint.

157.     Defendant Newslink Tampa knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(A), specifically, that Newslink Tampa was eligible for a PPP loan and to have such PPP loan forgiven.

158.     Because of Newslink Tampa's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## XX: False Statements (31 U.S.C. § 3729(a)(1)(B))

### (Newslink Tampa)

159.     Relator re-alleges and incorporates in this Count XX, Paragraphs 1 through 101 of this *qui tam* Complaint.

160.    Defendant Newslink Tampa knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, and/or to get the United States to pay or approve false or fraudulent claims, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(B).

161.    Because of Newslink Tampa's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## XXI: Reverse False Claims (31 U.S.C. § 3729(a)(1)(G))

### (Newslink Tampa)

162.    Relator re-alleges and incorporates in this Count XXI, Paragraphs 1 through 101 of this *qui tam* Complaint.

163.    Defendant Newslink Tampa knowingly made, used, or caused to be made or used, a false record or statement material to an obligation to pay or transmit money or property to the United States, or knowingly concealed or knowingly and improperly avoided or decreased an obligation to pay or transmit money or property to the United States, in violation of the FCA, 31 U.S.C. § 3729(a)(l)(G).

164.    Because of the Newslink Tampa's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the FCA, plus civil penalties of not less than $13,508.00 and not more than $27,018.00 for each violation.

## **PRAYER FOR RELIEF**

165.    Wherefore, Relator, demands judgment in its favor as follows:

a.    Against Defendant M2-Newslink under Counts I, II, and III under the FCA, for the amount of the United States' damages, trebled as required by law, plus civil penalties in an amount between $13,508.00 and $27,018.00 for each and every false

claim as required by law, together with all such further relief may be just and proper;

b.  Against Defendant Newslink Management under Counts IV, V, and VI under the FCA, for the amount of the United States' damages, trebled as required by law, plus civil penalties in an amount between $13,508.00 and $27,018.00 for each and every false claim as required by law, together with all such further relief may be just and proper;

c.  Against Defendant Newslink Boston under Counts VII, VIII, and IX under the FCA, for the amount of the United States' damages, trebled as required by law, plus civil penalties in an amount between $13,508.00 and $27,018.00 for each and every false claim as required by law, together with all such further relief may be just and proper;

d.  Against Defendant Newslink Miami Air Ventures under Counts X, XI, and XII under the FCA, for the amount of the United States' damages, trebled as required by law, plus civil penalties in an amount between $13,508.00 and $27,018.00 for each and every false claim as required by law, together with all such further relief may be just and proper;

e.  Against Defendant Newslink Miami under Counts XIII, XIV, and XV under the FCA, for the amount of the United States' damages, trebled as required by law, plus civil penalties in an amount between $13,508.00 and $27,018.00 for each and every false claim as required by law, together with all such further relief may be just and proper;

f.  Against Defendant Newslink Nashville under Counts XVI, XVII, and XVIII under the FCA, for the amount of the United States' damages, trebled as required by law, plus civil penalties in an amount between $13,508.00 and $27,018.00 for each and every false claim as required by law, together with all such further relief may be just and proper;

g.  Against Defendant Newslink Tampa under Counts XIX, XX, and XXI under the FCA, for the amount of the United States' damages, trebled as required by law, plus civil penalties in an amount between $13,508.00 and $27,018.00 for each and every false claim as required by law, together with all such further relief may be just and proper; and

h.  Such other relief as this Court may deem just and proper, together with interest and costs of this action.

## DEMAND FOR JURY TRIAL

Relator demands a jury trial as to all issues so triable.

Respectfully submitted,

**ORTEGA GROUP, PLLC**
*Attorneys for Relator*
1108 Ponce de Leon Blvd
Coral Gables, Florida 33134
Telephone: (305) 315-2725

Dick M. Ortega, Esq.
Florida Bar No.: 113054
dortega@ortegagroup.law